Daphne M. Anneet (SBN 175414)
E-mail: danneet@bwslaw.com
Susan E. Coleman, (SBN 171832)
E-mail: scoleman@bwslaw.com
Mitchell A. Wrosch, (SBN 262230)
E-mail: mwrosch@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600     Fax: 213.236.2700

Attorneys for Defendants/Respondents
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, (also erroneously sued herein as THE UC IRVINE POLICE DEPARTMENT), POLICE CHIEF PAUL HENISEY and ASSISTANT POLICE CHIEF JEFFREY HUTCHISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERATED UNIVERSITY POLICE OFFICERS' ASSOCIATION, on behalf of itself and its members, ANDREW LOPEZ, on behalf of himself and all similarly situated individuals,<br><br>   Plaintiffs/Petitioners,<br><br> v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE UC IRVINE POLICE DEPARTMENT, ASSISTANT POLICE CHIEF JEFFREY HUTCHISON, POLICE CHIEF PAUL HENISEY, in both his individual and official capacity JOHNSON CONTROLS, INC. and DOES 1 through 500, inclusive,<br><br>   Defendants/Respondents. | USDC Case No. 3:14-CV-05523-JD<br><br>**STIPULATION TO TRANSFER VENUE OF ACTION FROM NORTHERN DISTRICT OF CALIFORNIA TO CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION= ORDER [28 U.S.C. § 1404(A)]**<br><br>**Complaint served: 11/18/14**<br>**Removal: 12/18/2014** |

/ / /

/ / /

1. WHEREAS on or about November 8, 2014, an action was commenced in the Superior Court of the State of California in and for the County of Alameda, entitled, FEDERATED UNIVERSITY POLICE OFFICERS' ASSOCIATION, on behalf of itself and its members, ANDREW LOPEZ, on behalf of himself and all similarly situated individuals v. THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al, bearing case number RG14747309 in the records and files of that court.

2. WHEREAS on November 18, 2014, a copy of the Summons and Complaint in this Action was served on Defendant The Regents.  On November 19, 2014 a copy of the Summons and Complaint in this Action was served on Defendants Henisey and Hutchinson.

3. WHEREAS on November 18, 2014, a copy of the Summons and Complaint in this Action was served on Defendant Johnson Controls, Inc.

4. WHEREAS this Action, styled as a class action, is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1441(a) in that it arises under 42 U.S.C. § 1983 and the 4th Amendment to the United States Constitution and 18 U.S.C. § 2520.  "[F]ederal-question jurisdiction is invoked by and large by plaintiffs pleading a cause of action created by federal law (e.g., claims under 42 U.S.C. § 1983)." *Grable & Sons Metal Products, Inc. v. Darue Engineering & Mfg.*, 545 U.S. 308 (2005).

5. WHEREAS the Action arises from Plaintiffs' allegations that they were subject to non-consensual video and audio recording of confidential communications within and without the University of California Irvine Police Department Building located in Irvine California. Plaintiffs allege that they were deprived of their Fourth Amendment right to be free from unreasonable search and seizure and informational privacy by Defendants in violation of 42 U.S.C. § 1983,

and that Defendants violated their right to be free from audio recording without their consent in violation of the Federal Wire and Electronic Communications Interception and Interception of Oral Communications Law, 18 U.S.C. § 2520 *et seq.* Complaint at ¶¶ 52, 72-75.

6.  In addition to the federal claims, the Complaint asserts causes of action for violation of privacy rights under the California Constitution, Article I and California Penal Code §637.2. Plaintiffs all seek injunctive relief pursuant to Section 1085 of the California Code of Civil Procedure. Plaintiffs' state law claims are based on the same "common nucleus of operative facts", namely the alleged non-consensual video and audio recording at the University of California Irvine Police Department Building located in Irvine California.

7.  WHEREAS all of the operative facts relating to the action occurred in the Central District, specifically, in Irvine, California at the Irvine Campus of the University of California.

8.  WHEREAS all of the key witnesses and parties reside in the Central District;

9.  WHEREAS all relevant documents and evidence related to this action are located and maintained in the Central District in Irvine California at the University of California, Irvine campus;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES That the above-referenced action be transferred from the Northern District of California to the Central District of California, Southern Division for the convenience of parties and witnesses and in the interests of justice pursuant to 28 U.S.C. § 1404(a).

Dated:  January 26, 2015         BURKE, WILLIAMS & SORENSEN, LLP

                                 By:  */s/ Daphne M. Anneet*
                                      Daphne M. Anneet
                                 Attorneys for Defendants/Respondents
                                 THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, POLICE CHIEF PAUL HENISEY and ASSISTANT POLICE CHIEF JEFFREY HUTCHISON

Dated:  January 26, 2015         MASTAGNI HOLSTEDT

                                 By*:  /s/ Kevin A. Flautt*
                                      Kevin A. Flautt
                                 Attorneys for Plaintiffs/Petitioners
                                 FEDERATED UNIVERSITY POLICE OFFICERS' ASSOCIATION, on behalf of itself and its members, ANDREW LOPEZ, on behalf of himself and all similarly situated individuals

Dated:  January 26, 2015         ORRICK, HERRINGTON & SUTCLIFFE LLP

                                 By:  */s/ Joseph C. Liburt*
                                      Joseph C. Liburt
                                 Attorneys for Defendant/Respondent
                                 JOHNSON CONTROLS, INC.

## SIGNATURE ATTESTATION

I hereby attest that I have obtained the authorization from the signatories to this e-filed document and have been authorized to indicate their consent by a conformed signature (*s/*) within this e-filed document.

                                        *s/ Daphne M. Anneet*

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERATED UNIVERSITY POLICE OFFICERS' ASSOCIATION, on behalf of itself and its members, ANDREW LOPEZ, on behalf of himself and all similarly situated individuals,<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE UC IRVINE POLICE DEPARTMENT, ASSISTANT POLICE CHIEF JEFFREY HUTCHISON, POLICE CHIEF PAUL HENISEY, in both his individual and official capacity JOHNSON CONTROLS, INC. and DOES 1 through 500, inclusive,<br><br>Defendants/Respondents. | USDC Case No. 3:14-CV-05523-JD<br><br>**ORDER ON STIPULATION TO TRANSFER VENUE** |

IT IS HEREBY ORDERED that the parties' Stipulation to Transfer Venue is GRANTED. Venue is hereby transferred to the United States District Court for the Central District of California.

Dated: January 27, 2015

_____
The Honorable James Donato

[GRANTED — Judge James Donato, United States District Court, Northern District of California]